ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
CLAIRE T. CORMIER (CABN 154364)
Assistant United States Attorney

    150 Almaden Boulevard, Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    claire.cormier@usdoj.gov

Attorneys for Defendant
David J. Shulkin, M.D.
Secretary of the Department of Veterans Affairs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VICTORIA TSIPARSKY, <br><br> Plaintiff, <br><br> v. <br><br> DAVID J. SHULKIN, M.D., SECRETARY OF THE DEPARTMENT OF VETERANS AFFAIRS, <br><br> Defendant. | CASE NO. 3:17-CV-3021 RS <br><br> STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING CASE SCHEDULE |

    The parties to the above-entitled action jointly request that the schedule for this case be extended as described herein.

    After the initial case management conference in this case, the Court issued a scheduling order on December 7, 2017 that included, among other things, a reference to a Magistrate Judge for a settlement conference "to take place, ideally, within the next 90 days." Counsel for the parties had a conference call with Magistrate Judge Westmore on January 11, 2018. At that time, plaintiff's counsel advised that he had very recently learned that plaintiff had been hospitalized. Accordingly, a decision on a date for a settlement conference was deferred. Plaintiff's counsel has advised that plaintiff has now recovered sufficiently to be able to participate in discovery and settlement efforts. Plaintiff's counsel contacted

1  Judge Westmore's chambers and was advised that the earliest she could accommodate a settlement
2  conference would be in June.
3      Accordingly, in order to allow a reasonable amount of time for discovery and settlement efforts,
4  the parties propose the following changes to the existing case schedule.

| Event | Current Date | ~~Proposed~~ Date |
|---|---|---|
| Fact discovery cutoff | April 13, 2018 | June 15, 2018 |
| Settlement Conference deadline | March 7, 2018 | July 13, 2018 |
| Last day dispositive motion hearing | June 28, 2018 | August 30, 2018 |
| Expert disclosures with reports | August 31, 2018 | October 19, 2018 |
| Rebuttal expert disclosures and reports | September 28, 2018 | November 16, 2018 |
| Expert discovery cutoff | November 2, 2018 | December 20, 2018 |
| Final pretrial conference (10:00 a.m.) | November 29, 2018 | January 31, 2019 |
| Trial (9:00 a.m.) | December 10, 2018 | February 11, 2019 |

Respectfully submitted,

Dated: February 27, 2018

ALEX G. TSE
ACTING UNITED STATES ATTORNEY

By: /s/
_____.
CLAIRE T. CORMIER[1]
Assistant U.S. Attorney

Dated: February 27, 2018

By: /s/
_____.
FRANK P. SARRO
Attorney for Plaintiff

## [~~PROPOSED~~] ORDER

    Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: 2/28, 2018

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have been authorized to submit the electronic signatures indicated by a "conformed" signature (/s/) within this e-filed document.

STIPULATION AND [PROPOSED] ORDER EXTENDING CASE SCHEDULE
CASE NO. 3:17-CV-3021 RS